```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ELIEZER L. ADLER,
                                             ANSWER
                                             11 CV 5894
                    Plaintiff,              (Amon, J.)
        -against-

ZENITH ACQUISITION CORP.,

                    Defendant(s).
----------------------------------------x
```

Defendant, ZENITH ACQUISITION CORP., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, answers plaintiff's complaint as follows:

1. Defendant acknowledges being sued pursuant to Federal and State Law, but denies any violation thereof.

2. Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "2" of the complaint.

3. Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "3" of the complaint.

4. Defendant admits the allegations contained in paragraph "4" of the complaint.

5. Defendant admits the allegations contained in paragraph "5" of the complaint.

6. Defendant admits the allegations contained in paragraph "6" of the complaint.

7. Defendant admits the allegations contained in paragraph "7" of the complaint.

8. Defendant admits the allegations contained in paragraph "8" of the complaint.

9. Defendant admits the allegations contained in paragraph "9" of the complaint.

10. Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph "10" of the complaint.

11. Defendant denies each and every allegation contained in paragraph "11" of the complaint.

12. Defendant denies each and every allegation contained in paragraph "12" of the complaint.

13. Defendant denies each and every allegation contained in paragraph "13" of the complaint.

14. Defendant denies each and every allegation contained in paragraph "14" of the complaint.

15. Defendant denies each and every allegation contained in paragraph "15" of the complaint.

16. Defendant denies each and every allegation contained in paragraph "16: of the complaint.

17. Defendant denies each and every allegation contained in paragraph "17" of the complaint.

18. Defendant denies each and every allegation contained in paragraph "18" of the complaint.

19. Defendant denies each and every allegation contained in paragraph "19" of the complaint.

20. Defendant denies each and every allegation contained in paragraph "20" of the complaint.

21. Defendant denies each and every allegation contained in paragraph "21" of the complaint.

22. Defendant denies each and every allegation contained in paragraph "22" of the complaint.

23. Defendant denies each and every allegation contained in paragraph "23" of the complaint.

24. Defendant denies each and every allegation contained in paragraph "24" of the complaint.

25. Defendant denies each and every allegation contained in paragraph "25" of the complaint.

WHEREFORE, the Defendant respectfully requests that plaintiff's complaint be dismissed.

Dated: New York, NY
       January 24, 2012

_____
Arthur Sanders (AS1210)
MEL S. HARRIS AND ASSOCIATES, LLC
Attorneys for Defendant
5 Hanover Square  - 8th Floor
New York, NY  10004
212-660-1050

TO:
ADAM JON FISHBEIN
ATTORNEY FOR PLAINTIFF
483 CHESTNUT STREET
CEDARHURST, NY 11516
Fishbeinadamj@gmail.com